UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHURST LAND & CATTLE, LLC, and RAY GRAY,<br><br>   Plaintiffs,<br><br>v.<br><br>RANCHO MOUNTAIN PROPERTIES, INC., a Delaware Corporation, ING INVESTMENT MANAGEMENT, LLC, ING USA ANNUITY AND LIFE INSURANCE COMPANY, INC., an Iowa Corporation, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.: C 11-3116 PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

On June 23, 2011, Plaintiff Ashurst Land & Cattle ("Ashurst") filed a Complaint against Defendants Rancho Mountain Properties, Inc., et al. ("Rancho"). The parties thereafter failed to appear at the September 6, 2011 case management conference. On September 8, 2011, the court ordered Ashurst to show cause in writing why the case should not be dismissed for failure to prosecute. On September 17, 2011, Ashurst filed a reply to the court's order to show cause and argued against dismissal based on the factors set forth in *Carey v. King*.[1] Ashurst further sought leave of the court to re-file the case and to properly and formally serve Defendants.

The court finds good cause to allow this case to move forward. The order to show cause is dissolved. Ashurst must serve Defendants with the Complaint no later than October 25, 2011. Parties

---

[1] 856 F.2d 1439, 1440 (9th Cir. 1988).

ORDER, *page 1*

1 | are to appear for case management conference on December 6, 2011 at 2:00 p.m.
2 | IT IS SO ORDERED.

3 | Dated: 9/23/2011

_____
PAUL S. GREWAL
United States Magistrate Judge