**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ASHURST LAND & CATTLE, LLC, and RAY GRAY, | ) ) ) | Case No.: C 11-3116 PSG |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| RANCHO MOUNTAIN PROPERTIES, INC., a Delaware Corporation, ING INVESTMENT MANAGEMENT, LLC, ING USA ANNUITY AND LIFE INSURANCE COMPANY, INC., an Iowa Corporation, and DOES 1 through 100, inclusive, | ) ) ) ) ) ) | |
| Defendants. | | |

On December 6, 2011, the parties failed to appear for a case management conference. *See* Docket No. 9. The parties also failed to file the required Case Management Conference Statement. *See* Civ. L.R. 16-9; Fed. R. Civ. P. 26(f). Accordingly,

IT IS HEREBY ORDERED that Plaintiffs are ordered to show cause in writing no later than January 3, 2012 why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS FURTHER ORDERED that the parties are ordered to appear at a further case

ORDER, *page 1*

1 management conference to be held at 2:00 p.m. on January 10, 2012. The case management
2 statement is due by January 3, 2012.

4 Dated: December 9, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge